**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**  **Category No.** II  **Investigating Agency** FBI

**City** Revere  **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. ____  Case No. ____
Same Defendant ____  New Defendant  x
Magistrate Judge Case Number  20-6447-MPK
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name: Frank Bienvenido Perez Diaz  Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☐ No

Alias Name: ____

Address: (City & State)

Birth date (Yr only): 1981  SSN (last4#): ____  Sex: M  Race: Hispanic  Nationality: Venezuelan

**Defense Counsel if known:** ____  Address ____

**Bar Number** ____

**U.S. Attorney Information:**

**AUSA** Alathea Porter  Bar Number if applicable ____

**Interpreter:** ☑ Yes  ☐ No  List language and/or dialect: Spanish

**Victims:** ☐ Yes  ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** ____

☐ Already in Federal Custody as of ____ in ____.
☐ Already in State Custody at ____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ____ on ____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/18/2021  Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Frank Bienvenido Perez Diaz

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC §841(a)(1) | Distribution and possession with intent to distribute 40 grams or more of fentanyl | 1 |
| Set 2 | 21 USC § 853 | Drug Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____